JS - 6

FILED
CLERK, U.S. DISTRICT COURT

FEB 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT D. CORTEZ,<br><br>                    Petitioner,<br><br>         vs.<br><br>L.E. SCRIBNER, Warden,,<br><br>                    Respondent. | Case No. EDCV 06-1129-JVS (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Petition is denied and this action is dismissed with prejudice.

DATED: _____2-24-08_____

JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB 29 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

1